UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEBBIE ARLINE WOLFINGER,<br>　　　　　　　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 3:22-cv-449-WCL<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) |

## ORDER

This matter coming before the court on an agreed motion, and the court being fully informed, it is hereby:

ORDERED that Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) is GRANTED. The Commissioner's decision is REMANDED for further administrative proceedings. On remand, the Administrative Law Judge will: 1) offer a more thorough examination of Dr. Raza's admonition that Plaintiff should not work in a grocery store environment while receiving infusions during the pandemic; 2) offer Plaintiff the opportunity for a new hearing; 3) take further action to complete the administrative record resolving the above issue; and 4) issue a new decision.

SO ORDERED this 13th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　s/William C. Lee
　　　　　　　　　　　　　　　　　　　　JUDGE WILLIAM C. LEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT